**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

JULIE POWELL,

      Plaintiff,

vs.                             Case No. 1:12cv96-SPM/GRJ

RICHARD MAGNANT,

      Defendant.

_____/

**ORDER OF DISMISSAL**

      This case has been dismissed with prejudice pursuant to Plaintiff's Notice of Voluntary Dismissal With Prejudice (doc. 3) and Federal Rule of Civil Procedure 41(a)(1)(A)(i).  Accordingly, the clerk shall close this case.

      **DONE AND ORDERED** this 15th day of June, 2012.

*S/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge